# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SAWAI PHARMACEUTICAL CO., LTD. and SAWAI USA, INC.,<br><br>Defendants. | C.A. No. _____ |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively "Plaintiffs") hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. §355(b)(2):

Date Patentee(s) Received Notice:           No Earlier than May 24, 2022

Thirty Month Stay Deadline (if applicable):    No Earlier than November 24, 2024

Date of Expiration of Patents:

| U.S. Patent No. | Expiration Date |
|---|---|
| 6,346,532 | No earlier than March 27, 2022<br>(September 27, 2022 pediatric exclusivity expiration) |
| 7,342,117 | No earlier than November 4, 2023<br>(May 4, 2024 pediatric exclusivity expiration) |
| 7,982,049 | No earlier than November 4, 2023<br>(May 4, 2024 pediatric exclusivity expiration) |

ME1 41099391v.1

| | |
|---|---|
| 8,835,474 | No earlier than November 4, 2023 (May 4, 2024 pediatric exclusivity expiration) |
| 10,842,780 | No earlier than September 28, 2029 (March 28, 2030 pediatric exclusivity expiration) |
| RE44,872 | No earlier than November 4, 2023 (May 4, 2024 pediatric exclusivity expiration) |

Dated: June 17, 2022

OF COUNSEL:

Simon D. Roberts
Jason A. Leonard
Nitya Anand
Jayita Guhaniyogi
Vincent Li
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 547-5400
simonroberts@mwe.com
jleonard@mwe.com
nanand@mwe.com
jguhaniyogi@mwe.com
vli@mwe.com

Christopher Bruno
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8000
cbruno@mwe.com

MCCARTER & ENGLISH, LLP

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

2

Connor Romm
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116
(617) 535-4000
cromm@mwe.com