IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., AND ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> SAWAI PHARMACEUTICAL CO., LTD. AND SAWAI USA, INC., <br><br>  Defendants. | C.A. No. 22-818-JFB-CJB |

**STIPULATION AND [PROPOSED] ORDER TO STAY**

WHEREAS, Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. ("Plaintiffs") commenced the above-captioned action, C.A. No. 22-818-JFB-CJB (the "Sawai Action"), on June 17, 2022 alleging infringement by Defendants Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc. ("Sawai") of United States Patent Nos. 6,346,532 ("the '532 Patent"), 7,342,117 ("the '117 Patent"), 7,982,049 ('the '049 Patent"), 8,835,474 ("the '474 Patent"), RE44,872 ("the '872 Patent") and 10,842,780 ("the '780 Patent") (collectively, the "Patents-in-Suit") arising out of Sawai's submission to the Food and Drug Administration ("FDA") its Abbreviated New Drug Application ("ANDA") No. 217061 ("Sawai ANDA") for a mirabegron extended-release tablet, 50 mg product;

WHEREAS, Plaintiffs and Sawai are currently litigating claims of infringement involving the '780 Patent related to Sawai's 25 mg product in Civil Action No. 20-1589-JFB-CJB (the "Related Consolidated Action");

1

2

WHEREAS, the parties have conferred and agreed that Court and party resources will be conserved if the above-captioned Sawai Action is stayed at this time, subject to the parties' agreements set forth below; and

WHEREAS, Plaintiffs and Sawai are submitting this stipulation in lieu of a proposed Scheduling Order and Case Checklist in the Sawai Action (*see* Court's August 18, 2022 Oral Order (D.I. 15));

IT IS HEREBY STIPULATED by Plaintiffs and Sawai, subject to the approval of the Court, that the above-captioned Sawai Action shall be STAYED until further Order of the Court or by agreement of the parties, except that:

1. Sawai shall produce its ANDA No. 217061 and sixty (60) unexpired tablet samples of Sawai's 50 mg ANDA product to Plaintiffs.

2. After receiving Sawai's ANDA and unexpired samples of Sawai's 50 mg ANDA product, Plaintiffs shall have an opportunity to assess Sawai's productions, and the parties will thereafter meet and confer to decide whether they can agree to maintain the stay of the Sawai Action pending resolution of the Related Consolidated Action, or alternatively, whether litigation of this Sawai Action should resume on its own case schedule. Within 14 days of their meet and confer, the parties shall notify the Court of their request to maintain the stay, or otherwise, submit a proposed schedule for the Sawai Action.

3. The parties agree that they shall not serve additional discovery or seek to add parties during the pendency of the stay, unless and until the parties have met and conferred in accordance with paragraph 2 above, and they cannot otherwise agree to maintain the stay.

Dated: November 3, 2022

| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Dominick T. Gattuso* |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | Elizabeth A. DeFelice (#5474) |
| 405 N. King St., 8th Floor | 300 Delaware Ave., Suite 200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6331 | Tel.: (302) 472-7300 |
| dsilver@mccarter.com | dgattuso@hegh.law |
| ajoyce@mccarter.com | edefelice@hegh.law |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | *Attorneys for Defendants Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc.* |

IT IS SO ORDERED this _____day of _____, 2022.

_____
United States Magistrate Judge